FILED

13 AUG 14 AM 10:50

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-CR-361-T-33TBM

CHARLES RICHARD SPRIGGS  21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853 - Forfeiture

## SUPERSEDING INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date and continuing until on or about February 7, 2013, in the Middle District of Florida and elsewhere, the defendant,

CHARLES RICHARD SPRIGGS,

did knowingly and willfully combine, conspire, and agree with persons, both known and unknown to the Grand Jury, to distribute five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii).

## COUNT TWO

On or about August 12, 2012, in Hernando County, in the Middle District of Florida, the defendant,

CHARLES RICHARD SPRIGGS,

knowingly and intentionally, while aided and abetted by persons, both known and unknown to the Grand Jury, possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## FORFEITURES

1. The allegations contained in Counts One and Two of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

2. From his engagement in any or all of the violations alleged in Count One and Count Two of this Superseding Indictment, both punishable by imprisonment for more than one year, the defendant,

CHARLES RICHARD SPRIGGS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his interest in:

    a. Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations, including but not limited to $1,494; and

    b. Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations, including, but not limited to: $1,494, a Smith & Wesson .38 caliber revolver, and ammunition, to wit five (5) rounds of PMC, .38 caliber ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to

forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), which is incorporated by reference in Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*Patricia Havin*
FOREPERSON

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
CHRISTOPHER F. MURRAY
Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

FORM OBD-34
APR 1991

No. 8:13-CR-361-T-33TBM

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

CHARLES RICHARD SPRIGGS

## SUPERSEDING INDICTMENT

Violations:

Title 21, United States Code, Section 846 and
Title 21, United States Code, Section 841(a)(1)

A true bill

*Patricia Flynn*
Foreperson

Filed in open court this 14th day of August 2013.

_____
Clerk

Bail $_____

GPO 863 525

T:\_Criminal Cases\S\SPRIGGS, Charles Richard_2013R00710_cfm\f_Superseding Indictment Back.wpd