**EXHIBIT A**

```
OT70 0 533696                                    P0600FF    03/07/14 11:43:08
   OTSO070              RESIDENTIAL HISTORY                      PAGE 01
DC NO: 533696     NAME: CORNWELL, JAMES F.            STATUS: INACTIVE
                  CUR.LOC: UNKNOWN

A SQ NOTIFIED   ADDRESS              2ND LINE   CITY         CTY ST TP V STA
_ 11 12/29/2013 7420 MORAVIAN                   PORT RICHEY  51 FL P  N  C
_ 10 12/04/2013 TAYLOR C.I.          TAYLOR C.  PERRY        62 FL I  Y  C
_ 09 11/04/2013 14400 49TH ST N      PINELLAS   CLEARWATER   52 FL J  Y  C
_ 08 11/04/2013 7420 MORAVIAN DRIVE             PORT RICHEY  51 FL P  N  C
_ 07 11/01/2013 7020 JENNER DRIVE               NEW PT RICHE 51 FL P  N  C
_ 06 11/01/2013 PASCO                                        99 FL I  Y  C
_ 05 02/07/2013 20101 CENTRAL BLVD   PASCO COU  LAND O'LAKES 51 FL J  Y  C
_ 04 09/05/2012 6706 CANDICE LANE               NEW PRT RCHY 51 FL P  Y  C
_ 03 05/23/2012 9713 RAY STREET                 HUDSON       51 FL P  Y  C
_ 02 05/23/2012 7411 MOROVIAN DR                PORT RICHEY  51 FL P  N  C
_ 01 03/11/2003 3236 DEERFIELD DR               TAMPA        29 FL P  N  C


DISPLAY COMPLETE F2=OT71 F3=OT75 F4=OT35 F6=OT17
 F7=BCK F8=FWD F9=PP76 F10=OT23 F11=IT03 F12=IT05
```