**EXHIBIT B**

```
PP79 0 533696 09052012 1526                    P0600FF 03/07/14 11.39.01
DORB079              OFFENDER CONTACT/COMMENT SUMMARY              PAGE: 006
 DC NO: 533696    NAME: CORNWELL, JAMES F.          STATUS: INACTIVE
                  CUR.LOC: UNKNOWN

AC DATE     TIME TYP NARRATIVE
_ 09/05/12  1526 OP  WRITTEN MONTHLY REPORT RECEIVED FOR CURRENT MONTH.
                     TO REPORT BETWEEN OCTOBER 1-5TH. KVONA
_ 09/05/12  9901 TR  TRANSFER WITHIN FLA.
                     NEW OFFICER IS DEREMER,JEFFREY K
_ 09/24/12  1418 TX
_ 09/25/12  2226 HP  CURFEW COMPLIANCE CHECK
_ 09/25/12  2226 HV
_ 10/05/12  0942 OP  WRITTEN MONTHLY REPORT RECEIVED FOR CURRENT MONTH.
_ 10/07/12  1142 HP  WALK THROUGH VISUAL INSPECTION CONDUCTED
_ 10/15/12  1340 TX
_ 11/04/12  1009 HP  HOME PERSONAL - ROUTINE CONTACT. NO CHANGES NOTED.
_ 11/06/12  1000 OP  WRITTEN MONTHLY REPORT RECEIVED FOR CURRENT MONTH.
_ 11/06/12  9901 CN  ISP - INDIVIDUALIZED SUPERVISION PLAN REVIEWED.
_ 11/30/12  1357 TX
_ 12/01/12  1000 TX

F4=RETURN TO PREVIOUS SCREEN          F1=MAIN MENU  F6=SCREENS  F7=REPORTS
F2=1ST PAGE    F3=PGDN   F12=IT05     AC I=PP76/U=PP76/T=PP78
```

```
PP79 0 533696 12022012 1000                    P0600FF 03/07/14 11.39.57
DORB079             OFFENDER CONTACT/COMMENT SUMMARY              PAGE: 007
 DC NO: 533696    NAME: CORNWELL, JAMES F.           STATUS: INACTIVE
                  CUR.LOC: UNKNOWN

AC DATE      TIME TYP NARRATIVE
_ 12/02/12   1000 HP  HOME PERSONAL - ROUTINE CONTACT. NO CHANGES NOTED.
_ 12/05/12   1610 OP  WRITTEN MONTHLY REPORT RECEIVED FOR CURRENT MONTH.
                      NO NEW ISSUES FOR THE MONTH...S INSTRUCTED TO REPORT THE
                      FIRST WEEK OF JANUARY...L.VONA
_ 12/20/12   2243 AP
                      DOOR TO FONT PORCH WAS OPEN, NO ONE AT RESIDENCE.
                      I SPOKE TO OFFENDERS BROTHER WHO WAS NEXT DOOR. HE WENT
                      IN RESIDENCE AND CONFIRMED HIS BROTHER WAS NOT HOME
                      AND DID NOT KNOW WHERE HE WAS. JKD
_ 01/06/13   1018 AP
_ 01/24/13   9901 TR  PENDING VIOLATION
_ 01/31/13   9901 CN
                      OFFENDER HAS NOT REPORTED IN AND HAS NOT SHOWN
                      FOR SA CLASS. WARRANT HAS BEEN ISSUED BY FPC. JKD
_ 02/07/13   0930 WS  WARRANT OTHER VIOLATION

F4=RETURN TO PREVIOUS SCREEN          F1=MAIN MENU  F6=SCREENS   F7=REPORTS
F2=1ST PAGE   F3=PGDN   F12=IT05      AC I=PP76/U=PP76/T=PP78
```

```
PP79 0 533696 02072013 0930                      P0600FF 03/07/14 11.40.15
DORB079             OFFENDER CONTACT/COMMENT SUMMARY              PAGE: 008
 DC NO: 533696      NAME: CORNWELL, JAMES F.           STATUS: INACTIVE
                    CUR.LOC: UNKNOWN

AC DATE     TIME TYP NARRATIVE
_ 02/07/13  0930 WS  WARRANT OTHER VIOLATION
                     REC'D INFORMATION FROM NPR PD OFFENDER WAS STILL STAYING
                     AT ADDRESS. HOWEVER HE WAS GOING NACK AND FOURTH
                     BETWEEN HIS HOME AND NEIGHBOR'S . MADE ENTRY ON FIRST
                     RESIDENCE (HOME). W/F AMSWERED AND GAVE US COMSENT
                     TO SEARCH HOME. MULTIPLE UNITS FROM NPR WERE PRESENT.
                     OFFENDER NOT PRESENT, CYSTAL METH LAYING ON TABLE.
                     INFO INDICATED OFFENDER WAS NEXT STORE. MULTIPLE
                     1 STOLEN TRAILER AND 1 STOLEN CAR FOUND OUTSIDE. AFTER SOME
                     TIME WE WERE ABLE TO GAIN ENTRY TO BACK OF RESIDENCE.
                     1 ABCOUNDER FOUND IN RESDIENCE AND OFFENDER FOUND
                     IN BACK OF RESIDENCE ALONG WITH LONG GUN AND KNIFE. JKD
_ 02/07/13  9901 TR  TO NON-REPORTING
_ 02/10/13  9901 TR  PENDING VIOLATION
_ 02/11/13  0000 CR  CASE REVIEW PRE-TERM

F4=RETURN TO PREVIOUS SCREEN            F1=MAIN MENU  F6=SCREENS  F7=REPORTS
F2=1ST PAGE    F3=PGDN    F12=IT05      AC I=PP76/U=PP76/T=PP78
```

```
PP79 0 533696 02072013 0930                      P0600FF 03/07/14 11.40.15
DORB079             OFFENDER CONTACT/COMMENT SUMMARY              PAGE: 008
```