# EXHIBIT C

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### VIOLATION REPORT

☐ REPORT CONTAINS CONFIDENTIAL INFORMATION

Date: 01/22/2013 ☐ MANDATORY RETAKING FROM: _____
To: Florida Parole Commission   From: Jeff K. Deremer
Name: James F. Cornwell   DC No: 533696   Circuit: 06-2, NPR
Case No: 07-00197   UC No: _____
Scheduled Termination Date: 04/15/2013

### REQUESTING

☐ Violation of Probation Hearing-Warrantless Arrest Conducted
☒ Warrant for Arrest (Violation of Probation)
☐ Violation of Probation Hearing without Warrant- (Notice to Appear)
☐ No further action

### TYPE OF REPORT

☒ Non-Compliance with Conditions   ☐ Arrest/New Charge   ☐ Warrantless Arrest
☐ Delinquent Monetary Obligations Only

### LOCATION

☒ At Large
☐ In Custody
☐ On Bond   Current Address   6906 Candice Lane
☐ ROR   New Port Richey, FL 34654
☐ Absconder

**(1) HOW VIOLATION OCCURRED:**

**Violation of Condition (15), (Curfew):**
**In that,** the aforementioned did violate the assigned curfew from 10:00 pm to 6:00 am. On 12/20/2012, this officer and Senior Officer Jason Beldon did travel to the offender's residence at 10:43 pm. Upon arrival, the door to the front porch was opened. No one was located at the residence. This officer did speak to the offender's brother who was located next door. The offender's brother indicated that he did not know where Mr. Cornwell was but he had just been there. Several minutes later a white female came out and indicated that "James" went to the hospital. Subsequently, this officer did telephone New Port Richey Community Hospital and North Bay Hospital. Both hospitals indicated that the offender did not check in with their emergency room.

In addition, the offender has not yet reported for the month of January, 2013. Therefore, the offender has supplied no reason to this officer why he was not at his residence on 12/20/12, at 10:43 pm.

**(2) OFFENDER'S STATEMENT: A statement has not been obtained.**

**(3) HISTORY OF SUPERVISION:** ☐ ADJUDICATION WITHHELD ☐ ADJUDICATED
**Original sentence:** On 10/22/2007, the offender was sentenced to six (6) years Florida Department of Corrections for the offense of Aggravated Battery. The offender was released on Conditional Release on 05/22/2012.

**Prior violation(s) of supervision for all periods of supervision and disposition(s) of violation(s) include the following:**
None

Florida Crime Information Center (FCIC) and National Crime Information Center (NCIC) criminal history record attached.
NOTE: FCIC/NCIC criminal history record information is not public record, pursuant to Chapter 119, Florida Statutes.