# EXHIBIT D

# STATE OF FLORIDA
# PAROLE COMMISSION





| | |
|---|---|
| COMMITTED NAME: | James F. Cornwell |
| TRUE NAME: | James Floyd Cornwell |
| RACE/SEX: | W/M |
| DOB: |  |
| DC#: | |
| SS#: | |
| SMT: | Tattoos: Left Arm – Eagle; Left Shoulder – Bulldog; Neck – Skulls |
| HGT: | 5'09" |
| WGT: | 206 |
| EYES: | Blue |
| HAIR: | Brown |
| CURRENT LOCATION: | New Port Richey, Florida |
| LAST KNOWN ADDRESS: | 6906 Candice Lane, New Port Richey, Florida |
| FINGERPRINT CLASS: | 22 PI 15 17 16 PI 67 PM 18 18˜ |

## WARRANT
### FOR RETAKING CONDITIONAL RELEASEE

TO ANY OFFICER authorized to serve criminal process and all peace officers of this State:

Having reasonable cause to believe that **James F. Cornwell aka James Floyd Cornwell**, a prisoner of the State of Florida, was released from the Department of Corrections, for the offense(s) of **Aggravated Battery Intended Harm**, and now in the legal custody of the Florida Parole Commission, has violated the terms and conditions of his/her Conditional Release or has lapsed into criminal ways by:

Violated Condition 3 by failing to make a full and truthful report to your Conditional Release Supervisor each month in writing on the forms provided in person, as directed by your Conditional Release Supervisor, in that he did fail to make a full and truthful written report in person for the month of December, 2012.

Violated Special Condition 15 which states, "You shall have a mandatory curfew where you shall be confined to your residence during the hours from 10:00 p.m. to 6:00 a.m., except for work, treatment needs, and religious and educational activities as verified and approved by your Conditional Release Supervisor," in that on December 20, 2012, at approximately 10:43 p.m., he was not confined to his approved residence, as evidenced by a home visit conducted by Conditional Release Officer Jeff Deremer.

Now, therefore, pursuant to the provisions of Chapter 947, Florida Statutes, I hereby order that said prisoner be retaken and detained for a violation hearing as provided in said Section, and I hereby authorize and require you to so retake him/her and for so doing, this shall be your sufficient warrant.

Dated at **Tallahassee, Florida, January** 30 , 2013.

_____
Commissioner

Jj/gd

CR-008 (02/97)