UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 8:13-CR-361-T-33TBM

CHARLES RICHARD SPRIGGS

## GOVERNMENT'S WITNESS LIST

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called during the suppression hearing scheduled for April 22, 2014.

1. Jason Beldon, Florida Department of Corrections.
2. Jeff Deremer, Florida Department of Corrections.
3. William Phillips, New Port Richey Police Department.
4. Kris Vona, Florida Department of Corrections.

The United States reserves the right to call additional witnesses during the hearing, if appropriate.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:   */s/ Christopher F. Murray*
CHRISTOPHER F. MURRAY
Assistant United States Attorney
United States Attorney No. 095
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6125
E-Mail: christopher.murray@usdoj.gov

U.S. v. CHARLES SPRIGGS					Case No. 8:13-CR-361-T-33TBM

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Cimos Angelis, Esq.

                                                */s/ Christopher F. Murray*
CHRISTOPHER F. MURRAY
Assistant United States Attorney
United States Attorney No. 095
400 North Tampa Street, Suite 3200
Tampa, Florida   33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6125
E-Mail:   christopher.murray@usdoj.gov